William G. Wheatley, Jr. (SBN 149628)
Mark H. Baker, Esq. (SBN 144670)
WHEATLEY BINGHAM & BAKER LLP
462 Stevens Avenue, Suite 109
Solana Beach, CA  92075
Email:  mhbakerlaw@aol.com
Telephone:  (858) 350-0505
Facsimile:  (858) 350-0506

Attorneys for Plaintiff, CITY OF SUISUN, CALIFORNIA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SUISUN, CALIFORNIA ) | CASE NO. 2:14-cv-00572-LKK-EFB |
| ) | |
| Plaintiff, ) | **REQUEST TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE; ORDER** |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

Plaintiff, CITY OF SUISUN, CALIFORNIA ("Plaintiff"), hereby requests that the Status (Pretrial Scheduling) Conference ("Conference") currently set for May 19, 2014 at 1:30 p.m. be continued 90 days.  Good cause exists for the continuance as follows:

Plaintiff is informed and believes the Answer of Defendant, United States of America ("Defendant") is due on May 16, 2014, three days prior to the Conference, and 11 days after the May 5, 2014 deadline for filing  Conference reports.

**REQUEST TO CONTINUE STATUS CONFERENCE**

WHEATLEY BINGHAM & BAKER LLP
462 Stevens Avenue, Suite 109
Solana Beach, CA 92075
Telephone: (858) 350-0505

1   Additionally, Plaintiff requests the continuance to allow time for the parties to focus on the

2   potential resolution of the action.  This is the fourth and final personal injury related action filed

3   against Defendant arising out of the subject motor vehicle accident.  Assistant United States

4   Attorney Chi Soo Kim has represented Defendant in all four matters, and has resolved the other

5   three matters without protracted litigation.  One of these matters involved Plaintiff's workers'

6   compensation reimbursement claim arising out of injuries sustained to a different passenger

7   involved in the accident (from the passenger at issue in the subject action).

8   The workers' compensation claim involved in the current action is ongoing, but should

9   resolve in the near future, which will give finality to Plaintiff's damages, assisting in the potential

10   for resolution.  The current action was filed to protect the statute of limitations.  Plaintiff requests a

11   90 day continuance in part to see if the matter can be resolved without further court involvement.

12
13   Dated:                                   **WHEATLEY BINGHAM & BAKER LLP**

14                                                By:   /s/
15                                                      Mark H. Baker,
                                                       Attorneys for Plaintiff, CITY OF SUISUN,
16                                                     CALIFORNIA

17

18

19   _____

20                                          **<u>ORDER</u>**

21   GOOD CAUSE APPEARING, the Status (Pretrial Scheduling) Conference is continued

22   from May 19, 2014 at 1:30 p.m. to August 25, 2014 at 1:30 p.m. in Chambers/Courtroom No. 4.

23   Status reports shall be filed 14 days prior to the status conference.

24   IT IS SO ORDERED.

25

26   DATED: April 25, 2014.

27                                                LAWRENCE K. KARLTON
                                                 SENIOR JUDGE
28                                                UNITED STATES DISTRICT COURT

WHEATLEY BINGHAM & BAKER LLP
462 Stevens Avenue, Suite 109
Solana Beach, California 92075
Telephone: (858) 350-0505